ROWE *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

FISH, J. Assuming that the negligence of the defendant was shown, there was no error in granting a nonsuit; for the evidence required a finding that the deceased was not exercising that degree of care which the law requires of even a youth of his years and experience, under the circumstances existing at the time of the collision which resulted in his death.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 19, 1902.

Action for damages. Before Judge Reid. City court of Atlanta. October 3, 1901.

*W. S. Howard* and *Westmoreland Brothers,* for plaintiff.
*Dorsey, Brewster & Howell,* for defendant.